# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:11-CV-111-RJC-DCK

| | |
|---|---|
| LAKEISHA JOHNSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PMAB, LLC, )<br>)<br>Defendant. )<br>_____) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 9) concerning Ryan S. Lee, filed April 2, 2012. Mr. Lee seeks to appear as counsel *pro hac vice* for Plaintiff LaKeisha Johnson.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Mr. Lee is hereby admitted to appear before the Court *pro hac vice* on behalf of Plaintiff LaKeisha Johnson.

Signed: April 3, 2012

David C. Keesler
United States Magistrate Judge