IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-CV-111-RJC-DCK

| | |
|---|---|
| LAKEISHA JOHNSON, | ) |
| Plaintiff, | ) |
| v. | )     **ORDER** |
| PMAB, LLC, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 11) concerning Shireen Hormozdi, filed April 10, 2012. Mr. Hormozdi seeks to appear as counsel *pro hac vice* for Plaintiff LaKeisha Johnson.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Mr. Hormozdi is hereby admitted to appear before the Court *pro hac vice* on behalf of Plaintiff LaKeisha Johnson.

Signed: April 11, 2012

David C. Keesler
United States Magistrate Judge