UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-cv-111

| | |
|---|---|
| LAKEISHA JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| PMAB, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** comes before the Court on Plaintiff Lakeisha Johnson's ("Plaintiff") Motion for Leave to Appear Without Local Counsel at Trial. (Doc. No. 15).

Attorneys Ryan Scott Lee and Shireen Hormozdi of the California firm of Krohn and Moss have entered Pro Hac Vice appearances before the Court on Plaintiff's behalf. (Doc. Nos. 10; 12). Christopher Decker Lane of Clemmons, North Carolina is serving as local counsel. Plaintiff seeks leave to appear in Court without Lane in order to save legal fees. (Doc. No. 15).

Local Rule 83.1(B)(1) requires Pro Hac counsel to "associate local counsel and be accompanied by local counsel at all hearings unless otherwise permitted by the Court." Local Rule 83.1(D) requires Pro Hac counsel to establish an ECF account after admission. It appears that Lee has yet to establish an account. No attorney will be allowed to appear unless he has complied with Local Rule 83.1(D).

The Court shall **DENY** Plaintiff's motion at this time and require Plaintiff to have local counsel present at jury selection. However, the Court shall entertain a renewed motion to appear during trial without local counsel following jury selection.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion for Leave to Appear Without Local Counsel at Trial, (Doc. No. 15), is **DENIED**.

Signed: April 13, 2012

Robert J. Conrad, Jr.
Chief United States District Judge