UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-cv-111

| LAKEISHA JOHNSON, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| PMAB, LLC, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court sua sponte. According to the April 26, 2012 Notice of Settlement, this action has been completely resolved. (Doc. No. 26). The parties were advised on April 26 that they shall file an agreement for entry of judgment or a stipulation of dismissal within 30 days or the Court would dismiss the case without prejudice. Review of the court docket reveals that despite the passage of 30 days, no agreement for entry of judgment or stipulation of dismissal has been filed.

**IT IS, THEREFORE, ORDERED** that this action is dismissed without prejudice.

Signed: June 11, 2012

Robert J. Conrad, Jr.
Chief United States District Judge