# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Lakeisha Johnson ,

    Plaintiff(s),                                JUDGMENT IN A CIVIL CASE

vs.                                                  3:11-cv-00111

PMAB, LLC ,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Order and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/11/2012 Order.

                                          Signed: June 11, 2012

                                          */s/ Frank G. Johns*
                                          Frank G. Johns, Clerk
                                          United States District Court